UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LEILA TARANTINO,

      Plaintiff,

CASE NO. 5:12-cv-434-Oc-TJC-PRL

vs.

DEPUTY ANDRA CANFIELD,

      Defendant.

_____/

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That Plaintiff, Leila Tarantino has proved that Defendant, Deputy Andra Canfield violated the Fourth Amendment by conducting an unreasonable strip search of Plaintiff, Leila Tarantino?

    Answer Yes or No      No

*If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.*

**2.** That Plaintiff, Leila Tarantino should be awarded compensatory damages against Defendant, Deputy Andra Canfield?

        Answer Yes or No   _____

        If your answer is "Yes,"
        in what amount?   $_____

SO SAY WE ALL.

DATE: 11/19/14

_____
Foreperson's Signature