**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**LEILA TARANTINO,**

    **Plaintiff,**

**v.**                                                                 **Case No: 5:12-cv-434-Oc-PRL**

**ANDRA CANFIELD**

    **Defendant.**

## ORDER

On December 4, 2014, Defendant filed both a Proposed Bill of Costs (Doc. 119) and a Motion for Taxation of Costs (Doc. 120), and Plaintiff filed no objection. On December 19, 2014, the Clerk properly taxed the Bill of Costs against Plaintiff Leila Tarantino in the amount of $2,248.80 (Doc. 121). Defendant's Motion for Taxation of Costs (Doc. 120) is therefore **DENIED** as moot.

**DONE** and **ORDERED** in Ocala, Florida on January 6, 2015.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties